AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

| UNITED STATES OF AMERICA<br>V.<br><br>LUIS A. CASTRO-MORALES<br>Urb. El Cortijo, Calle 3A #009<br>Bayamón, P.R. 00956<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  97-084-003 (PG) |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. District Court for the District of Puerto Rico | Room<br>CH 483 |
|---|---|
| Before: U.S. Magistrate Judge Gustavo A. Gelpí | Date and Time<br>12/8/2004 3:00 pm |

To answer a(n)
- ☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:




s/Gustavo A. Gelpí                                12/2/2004
Signature of Issuing Officer                      Date

Gustavo A. Gelpí, U.S. Magistrate Judge
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____       _____
             Date                         Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.