## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Start: 3 : 19 p.m.
End : 3 :20 p.m.

MINUTES OF PROCEEDINGS                    DATE: 12-08-04

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ        CR. 97-084-03 (PG)

C. REPORTER : FTR

U.S.P.O. : HUMBERTO MARCHAND

INT : MARIE HERNANDEZ
================================================================

UNITED STATES OF AMERICA            AUSA- TIM HENWOOD

Plaintiff(s)

V.

LUIS A. CASTRO-MORALES            ROBERT MILLAN

Defendant(s)
================================================================

The Preliminary Hearing on Revocation of Supervised Release was not held based on the Motion Requesting a Withdrawal of Order to Show Cause Hearing (Dkt. 375), filed by the probation officer. The Motion is hereby granted as requested .

S/ Carlos J. Rodríguez
Deputy Clerk